# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CENTENNIAL MOLDING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:05CV175 |
| | ) | |
| **RONALD S. CARLSON,** | ) | **PROTECTIVE ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Stipulation and Protective Order Regarding Confidentiality of Documents, Materials, and Information ("Protective Order") (Filing 63). Upon review of the proposed Protective Order,

**IT IS ORDERED** that the Stipulation and Protective Order Regarding Confidentiality of Documents, Materials, and Information [63] is hereby approved and adopted, and the terms and conditions of said Protective Order shall be binding on all Parties to the above-captioned matter from this point forward.

**DATED May 3, 2006.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**