# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CENTENNIAL MOLDING, LLC,** | ) | CASE NO. 8:05CV175 |
| **Plaintiff,** | ) | |
| v. | ) | ORDER |
| **RONALD S. CARLSON,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment That Its Redesigned Tank Does Not Literally Infringe Claims 1-38 of U.S. Patent No. RE38,785. (Filing No. 60). Defendant has informed the Court that it has chosen not to oppose Plaintiff's Motion. (See Filing No. 65). Accordingly,

IT IS ORDERED:

Plaintiff's Partial Summary Judgment That Its Redesigned Tank Does Not Literally Infringe Claims 1-38 of U.S. Patent No. RE38,785 (Filing No. 60) is granted.

Dated this 22nd day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge