**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CENTENNIAL MOLDING, LLC,** | ) | **CASE NO. 8:05CV175** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **RONALD S. CARLSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Notice of Dismissal. The notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Court finds that the case should be dismissed. Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 68) is approved, and the relief requested therein is granted;

2. The Complaint (Filing No. 1), Counterclaim (Filing No. 24), and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 9th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge